# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TATIANA BOGGS, | Case No. 2:18-cv-00816-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| UNION PACIFIC RAILROAD COMPANY, et al., | |
| Defendants. | |

Presently before the court is the parties' joint discovery plan and scheduling order submitted in compliance with LR 26-1(e) (ECF No. 8), filed on June 25, 2018. The parties request 360 days to conduct discovery, with a proposed cut-off date of May 2, 2019.

Local Rule 26-1 provides that discovery plans must include a certification that the parties "met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation." LR 26-1(b)(7). Additionally, the parties must certify that "that they considered consent to trial by a magistrate judge . . . ." LR 26-1(b)(8). The parties' proposed plan does not provide the required certifications setting forth that they considered using the alternative dispute-resolution process and trial by a magistrate judge. Therefore, the court will deny the motion for failure to comply with Local Rule 26-1(b)(7)-(8).

IT IS THEREFORE ORDERED that the parties' joint discovery plain and scheduling order (ECF No. 8) is DENIED without prejudice.

DATED: July 3, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE