L. DIPAUL MARRERO II, ESQ.
**GOLIGHTLY & VANNAH, PLLC**
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone (702) 369-4161
Facsimile (702) 369-0104

*Attorney for Plaintiff*
*TATIANA BOGGS*

Stephanie L. Quinn
Nevada Bar No. 12632
**Murphy, Campbell, Alliston & Quinn**
8801 Folsom Blvd, Ste 230
Sacramento, CA 95826
Telephone:    (916) 400-2300
E-Mail: squinn@murphycampbell.com

*Attorney for Defendant*
*UNION PACIFIC RAILROAD COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TATIANA BOGGS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18−cv−00816−JCM−CWH<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION, WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff TATIANA BOGGS, and Defendant UNION PACIFIC RAILROAD COMPANY by and through their respective counsel of record, that the above-captioned complaint, filed by Plaintiff, be dismissed with prejudice. Each party is to bear its own fees and costs.

/ / /

/ / /

-1-
**STIPULATED REQUEST FOR DISMISSAL OF ACTION, WITH PREJUDICE AND [PROPOSED] ORDER**

-2-

Respectfully submitted,

DATED: February 27, 2019					GOLIGHTLY & VANNAH, PLLC


							By:    /s/ L. DiPaul Marrero II
							L. DIPAUL MARRERO II, ESQ.
							Attorneys for Plaintiff



DATED: February 27, 2019					UNION PACIFIC RAILROAD COMPANY


							By:    /s/ Stephanie L. Quinn
							Stephanie L. Quinn
							**Murphy, Campbell, Alliston & Quinn**
							8801 Folsom Blvd, Ste 230
							Sacramento, CA  95826
							Attorneys for Defendant
							UNION PACIFIC RAILROAD COMPANY

**STIPULATED REQUEST FOR DISMISSAL OF ACTION, WITH PREJUDICE AND [PROPOSED] ORDER**

# CERTIFICATE OF SERVICE

Pursuant to NRCP.5(b), I certify that I, Tayler E. Enyart am an employee of Murphy, Campbell, Alliston & Quinn, and that on February 27, 2019, I served a true and correct copy of the foregoing document as follows:

___X___   By electronic serve.  The foregoing document was filed electronically with the United States District Court, District of Nevada.  Electronic service will be completed automatically for all parties who are e-filers and have agreed to accept service in this matter.  The undersigned will confirm that the Notice of Electronic Filing states that the foregoing document will be electronically mailed; otherwise an alternative method will be used.

_____   By U.S. Mail on all parties in said action, I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses shown above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Sacramento, CA.

| | |
|---|---|
| Robert D. Vannah, Esq.<br>L. DiPaul Marrero II, Esq.<br>GOLIGHTLY & VANNAH, PLLC<br>400 S. Seventh Street, Suite 400<br>Las Vegas, NV 89101<br>Telephone: (702) 369-4161<br>Facsimile: (702) 369-0104 | Attorneys for Plaintiff<br>TATIANA BOGGS |
| Renee Finch<br>MESSNER REEVES, LLP<br>8945 West Russell Road<br>Suite 300<br>Las Vegas, NV 89148<br>rfinch@messner.com | Attorneys for Defendant<br>UNION PACIFIC RAILROAD COMPANY |
| Melissa A. Sandoval<br>**UNION PACIFIC RAILROAD COMPANY Law Department**<br>10031 Foothills Boulevard, Suite 200<br>Roseville, CA  95747<br>Telephone:  (916) 789-6132<br>E-Mail:  msandoval@up.com | Attorneys for Defendant<br>UNION PACIFIC RAILROAD COMPANY |
| **Mercedes S. Menendez**<br>Office of the Attorney General<br>Public Safety Division<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>702-486-2625<br>Fax: 702-486-3773<br>Email: mmenendez@ag.nv.gov | Attorneys for Creditor<br>State of Nevada – Medicaid |

DATED THIS 27th day of February 2019.

                  _/s/ Tayler E Enyart_
                  TAYLER E. ENYART

**STIPULATED REQUEST FOR DISMISSAL OF ACTION, WITH PREJUDICE AND [PROPOSED] ORDER**

L. DIPAUL MARRERO II, ESQ.
**GOLIGHTLY & VANNAH, PLLC**
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone (702) 369-4161
Facsimile (702) 369-0104

*Attorney for Plaintiff*
*TATIANA BOGGS*

Stephanie L. Quinn
Nevada Bar No. 12632
**Murphy, Campbell, Alliston & Quinn**
8801 Folsom Blvd, Ste 230
Sacramento, CA 95826
Telephone: (916) 400-2300
E-Mail: squinn@murphycampbell.com

*Attorney for Defendant*
*UNION PACIFIC RAILROAD COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TATIANA BOGGS,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18−cv−00816−JCM−CWH<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES [FRCP 41(a)(1)(A)(ii)]** |

Pursuant to the stipulation of the parties hereto, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefor,

IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims and causes of action, and as to all parties, with each party bearing that parties' own attorneys' fees and costs.

DATED: March 1, 2019

_____
James C. Mahan
Judge, United States District Court